O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OLIVERA,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>    Respondent. | Case No. CV 14-4639-VAP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition for a Writ of Habeas Corpus, the records on file, and both the original and final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Amended Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: January 7, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE