JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL OLIVERA, | ) | Case No. CV 14-4639-VAP (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY BEARD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition is denied and this action is dismissed with prejudice.

Dated: January 7, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE